**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | Chaparral Professional Land Surveying, Inc. |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 7 4 – 2 8 6 2 2 2 6 |

**4. Debtor's address**

**Principal place of business**

5725 W. Hwy 290 Ste 202
Number          Street

Austin, TX 78735
City                          State      ZIP Code

Travis
County

**Mailing address, if different from principal place of business**

Number          Street

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                          State      ZIP Code

**5. Debtor's website (URL)**

www.chapsurvey.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     Chaparral Professional Land Surveying, Inc.                                Case number *(if known)* _____
                 Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
    2   3   8   9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____    When _____    Case number _____
                                                      MM / DD / YYYY

              District _____    When _____    Case number _____
                                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____    Relationship _____

              District _____    When _____
                                                              MM / DD / YYYY

              Case number, if known _____

Debtor    Chaparral Professional Land Surveying, Inc.           Case number *(if known)*
      Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

     Number      Street

_____

_____
City                State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

           Contact name _____

           Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49    ☑ 50-99     ☐ 1,000-5,000   ☐ 5,001-10,000    ☐ 25,001-50,000   ☐ 50,000-100,000

☐ 100-199   ☐ 200-999    ☐ 10,001-25,000                   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000            ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion

☐ $50,001-$100,000      ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000     ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion

☑ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

| Debtor | Chaparral Professional Land Surveying, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/11/2024
MM/ DD/ YYYY

X  /s/ Kevin Pata
Signature of authorized representative of debtor

Kevin Pata
Printed name

Title        President

**18. Signature of attorney**

X        /s/ Kimberly Nash
Signature of attorney for debtor

Date  03/11/2024
MM/ DD/ YYYY

Kimberly Nash
Printed name

Law Office of Kimberly Nash P.C.
Firm name

Po Box 162932
Number        Street

Austin
City

TX
State

78716-2932
ZIP Code

_____
Contact phone

kimberly@kimberlynashlaw.com
Email address

24043840
Bar number

TX
State

Fill in this information to identify the case:

Debtor Name __Chaparral Professional Land Surveying, Inc.__

United States Bankruptcy Court for the: __Western__ District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. __Checking Cadence Bank#7240__ | __Checking account__ | __ __ __ __ | $235.93 |
| 3.2. __Cadence Bank #2557__ | __Money market account__ | __ __ __ __ | $400.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1** _____
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $635.93 |

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   | | **Current value of debtor's interest** |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 __Security Deposit Commercial Lease Cheryl Ogle__ | $6,101.84 |

Debtor **Chaparral Professional Land Surveying, Inc.**  Case number *(if known)* _____
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____ _____

   8.2 _____ _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.                             | **$6,101.84** |

---

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |

11. **Accounts receivable**

    11a. 90 days old or less:  **$146,521.56** - **$0.00** =.....➡  $146,521.56
    face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:  **$115,765.99** - **$90,000.00** =.....➡  $115,765.99
    face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        | **$262,287.55** |

---

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____   _____   _____

    14.2 _____   _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                 % of ownership:

    15.1 _____   _____   _____   _____

    15.2 _____   _____   _____   _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor   **Chaparral Professional Land Surveying, Inc.**
_____
Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 16.1 | _____ | _____ | _____ |
| 16.2 | _____ | _____ | _____ |

**17.** **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| _____ |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| _____ |

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor    **Chaparral Professional Land Surveying, Inc.**
          Name

Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.                     [_____]

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor  **Chaparral Professional Land Surveying, Inc.**  Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| **Office Furniture -Desks, filing cabinets, chairs, outdoor patio** | unknown | Debtor | $500.00 |
| **Art** | unknown | Debtor | $500.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Survey Supplies -500 Stakes, 400 Tree tags, 20 Flagging rolls, 4 Tripods, 4 Data collectors, misc smaller items** | unknown | Debtor | $5,000.00 |
| **Survey Equipment: Leica C520 Field Controller 5G (4) 20,000; AllTerra Trimble TSC5 DC (2) $8,000. Phantom Drone $750 misc survey equipment** | unknown | | $30,000.00 |
| **Survey Equipment: (2) Trimble R8-4, (1) TSC3 DC $10,000, (2) TS16P 3" R500 Robotic TS $25,000 (3) 360 Degree Prism Reflectors $1,000,2 Lieca TS02 Plus $13,000,DJI Matrice 300 RTK $20,000,DJI Phantom 4 Pro V2.0 Quadcopt $750, misc survey equipment** | unknown | Debtor | $148,060.00 |
| **ATV Covers & Vehicle Accessories** | unknown | | $500.00 |
| **Field Equipment: Trailer hitch, weed eater, battery for GPS, chainsaw (2), tractor** | unknown | Debtor | $1,500.00 |
| **Office: Computer Equipment 30 Monitors, 15 Computers, Dell T440 Server, 8 Laptops, 15 Power banks, 3 TVs** | unknown | Debtor | $12,150.00 |
| **Trimble R12i, Model 60, ROW with accessories** | unknown | Debtor | $25,000.00 |
| **Trimble TSC5 Controller-WWAN Worldwide Region wit accessories** | unknown | Debtor | $8,000.00 |
| **Trimble R12i, Model 60, ROW with accessories** | unknown | Debtor | $25,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43. **Total of Part 7** | | | $256,210.00 |

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

Debtor      **Chaparral Professional Land Surveying, Inc.**
Name

Case number *(if known)* _____

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2018 Ford F250SD / VIN: 1FT7W2B67JEB09215 2018 Ford F250SD Miles 55,500** | unknown | Tx Dot | $23,725.00 |
| 47.2 **2014 Ford F250SD / VIN: 1FT7W2B66EEA58876 2014 Ford F250SD miles 97,000** | unknown | Tx Dot | $13,400.00 |
| 47.3 **2012 Polaris Ranger 6x6 800 / VIN: 4XAHR76A7C4275273 2012 Polaris Ranger6x6 800** | unknown | Debtor | $2,000.00 |
| 47.4 **2016 Ford F250SD / VIN: 1FT7W2B69GEC97518 2016 Ford F250SD Miles 72,000** | unknown | Tx Dot | $21,100.00 |
| 47.5 **2013 Polaris Ranger 6x6 800 / VIN: 4XAHR76A9D4728763 2013 Polaris Ranger6x6 800** | unknown | Debtor | $2,000.00 |
| 47.6 **2018 Ford F250SD / VIN: 1FT7W2B65JEC57007 2018 Ford F250SD Miles 61,000** | unknown | Tx Dot | $23,300.00 |
| 47.7 **2015 Ford F250SD / VIN: 1FT7W2B6XFEB68864 2015 Ford F250SD Miles 100,000** | unknown | Tx Dot | $16,750.00 |
| 47.8 **2015 Ford F250SD / VIN: 1FT7W2B64FED06687 2015 Ford F250SD Miles 91,000** | unknown | Tx Dot | $17,175.00 |
| 47.9 **2016 Ford F250 / VIN: 1FTW2B60GEC97519** | unknown | Debtor | $27,500.00 |
| 47.10 **2015 Ford F250 / VIN: 1FT7W2B6FEA18277** | unknown | Debtor | $25,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____
48.2 _____

49. **Aircraft and accessories**

49.1 _____
49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| **2012 Magnum Trailer / VIN: 4P5UA1628C1172083 Trailer** | unknown | | $500.00 |
|---|---|---|---|

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.
$172,450.00

---

Debtor    **Chaparral Professional Land Surveying, Inc.**                    Case number *(if known)* _____
          Name

| 52. | Is a depreciation schedule available for any of the property listed in Part 8? |
|---|---|

☑ No
☐ Yes

| 53. | Has any of the property listed in Part 8 been appraised by a professional within the last year? |
|---|---|

☑ No
☐ Yes

| **Part 9:** | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Lease- No equitable Interest / 5725 W Highway 290 Ste 202 Austin, TX 78735-8722** | **Lease** | **unknown** | | **$0.00** |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61. Internet domain names and websites** | | | |
| **Website and domain https://www.chapsurvey.com/** | **unknown** | | **unknown** |
| **62. Licenses, franchises, and royalties** | | | |
| | | | |

Debtor    **Chaparral Professional Land Surveying, Inc.**            Case number *(if known)* _____
         Name

---

**63.**    **Customer lists, mailing lists, or other compilations**

     _____    _____   _____    _____

**64.**    **Other intangibles, or intellectual property**

     _____    _____   _____    _____

**65.**    **Goodwill**

     _____    _____   _____    _____

**66.**    **Total of Part 10**

     Add lines 60 through 65. Copy the total to line 89.              [ _____ ]

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

     ☑ No
     ☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☑ No
     ☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

| Part 11: | All other assets |
|---|---|

**70.**    **Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.
     ☑ Yes. Fill in the information below.

                                              **Current value of
debtor's interest**

**71.**    **Notes receivable**

     Description (include name of obligor)

     _____   _____  –  _____  = ➡   _____
                          Total face amount      doubtful or uncollectible amount

**72.**    **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     _____    Tax year _____    _____
     _____    Tax year _____    _____
     _____    Tax year _____    _____

**73.**    **Interests in insurance policies or annuities**

     _____                             _____

**74.**    **Causes of action against third parties (whether or not a lawsuit has
been filed)**

Debtor    **Chaparral Professional Land Surveying, Inc.**

      Name

Case number *(if known)*

---

**Claim against Move Corp for a plotter printer damaged during move**           $20,000.00

    **Nature of claim**        **Damage to printer**

    **Amount requested**       **$20,000.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Nature of claim**

    **Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **Customer lists**          $5,000.00

    **Software License**         $12,000.00

78. **Total of Part 11**          **$37,000.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor  **Chaparral Professional Land Surveying, Inc.**

Name

Case number *(if known)*

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $635.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,101.84 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $262,287.55 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $256,210.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $172,450.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $37,000.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $734,685.32 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................... | | $734,685.32 |

Fill in this information to identify the case:

Debtor name    Chaparral Professional Land Surveying, Inc.

United States Bankruptcy Court for the:    Western    District of    Texas
                                                          (State)

Case number (if known):

☐ Check if this is an
  amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,100,352.09

Debtor  Chaparral Professional Land Surveying, Inc.

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

<table>
<tr><td colspan="2"></td><td><b>Amount of claim</b><br>Do not deduct the value<br>of collateral.</td><td><b>Value of collateral<br>that supports this<br>claim</b></td></tr>
</table>

**2.1**

**Creditor's name**

BankUnited

**Creditor's mailing address**

7815 Nw 148th St

Miami Lakes, FL 33016-1554

**Creditor's email address, if known**

**Date debt was incurred**         8/3/2017

**Last 4 digits of account**  5 0 0 1
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For Trimble TSC5 Controller-WWAN Worldwide Region wit accessories; 1) First Western Equipment Finance; **2) BankUnited**; For Trimble R12i, Model 60, ROW with accessories; 1) First Western Equipment Finance; **2) BankUnited**

**Describe debtor's property that is subject to a lien**

2012 Polaris Ranger 6x6 800, 2013 Polaris Ranger 6x6 800, 2014 Ford F250SD, 2015 Ford F250SD, 2015 Ford F250SD, 2016 Ford F250SD, 2018 Ford F250SD, 2018 Ford F250SD, Accounts Receivable < 90 days, Accounts Receivable > 90 days, 2016 Ford F250, 2015 Ford F250, Office Furniture -Desks, filing cabinets, chairs, outdoor patio, Office: Computer Equipment 30 Monitors, 15 Computers, Dell T440 Server, 8 Laptops, 15 Power banks, 3 TVs, Software License, Survey Equipment; (2) Trimble R8-4, (1) TSC3 DC $10,000, (2) TS16P 3" R500 Robotic TS $25,000 (3) 360 Degree Prism Reflectors $1,000,2 Lieca TS02 Plus $13,000,DJI Matrice 300 RTK $20,000,DJI Phantom 4 Pro V2.0 Quadcopt $750, misc survey equipment, Trimble TSC5 Controller-WWAN Worldwide Region wit accessories, Trimble R12i, Model 60, ROW with accessories, Survey Supplies -500 Stakes, 400 Tree tags, 20 Flagging rolls, 4 Tripods, 4 Data collectors, misc smaller items, Survey Equipment: Leica C520 Field Controller 5G (4) 20,000; AllTerra Trimble TSC5 DC (2) $8,000, Phantom Drone $750 misc survey equipment, 2012 Magnum Trailer, Trimble R12i, Model 60, ROW with accessories, Art

**Describe the lien**

UCC-1 SBA Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: $1,072,059.09

Column B: $700,947.55

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page _2_ of _4_

Debtor     Chaparral Professional Land Surveying, Inc.                                    Case number (if known) _____
           Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.2** **Creditor's name**

First Western Equipment Finance

**Creditor's mailing address**

Po Box 2068

Minot, ND 58702-2068

**Creditor's email address, if known**

_____

**Date debt was incurred**        10/9/2023

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines   2.1

**Describe debtor's property that is subject to a lien**

Trimble R12i, Model 60, ROW with accessories, Trimble TSC5 Controller-WWAN Worldwide Region wit accessories

**Describe the lien**

Equipment Finance

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$28,293.00          $33,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  3  of  4

Debtor  Chaparral Professional Land Surveying, Inc.
_____
　　　　　Name

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Small Business Administration<br>2120 Riverfront Drive 100<br>Little Rock, AR 72202 | Line 2. _1_ | |
| Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416 | Line 2. _1_ | __ __ __ __ |
| Clark Hill<br>901 Main Street 6000<br>Dallas, TX 75202 | Line 2. _1_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

| Fill in this information to identify the case: |
| --- |

Debtor name      Chaparral Professional Land Surveying, Inc.

United States Bankruptcy Court for the:

     Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.**   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| **2.1** | **Priority creditor's name and mailing address**<br><br>**Beverding, Jerome**<br><br>**1505b Valleyridge Dr**<br><br>**Austin, TX 78704-6047**<br><br>**Date or dates debt was incurred**<br>**8/1/2023**<br><br>**Last 4 digits of account**<br>**number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>**401 K Match- Former Employee**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | **$2,665.17** | **$2,665.17** |
| **2.2** | **Priority creditor's name and mailing address**<br><br>**Briley, John**<br><br>**7333 Jaborandi Dr**<br><br>**Austin, TX 78739-1929**<br><br>**Date or dates debt was incurred**<br>**08/08/2023**<br><br>**Last 4 digits of account**<br>**number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>**401 K Match- Former Employee**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | **$2,078.68** | **$2,078.68** |

Debtor   **Chaparral Professional Land Surveying, Inc.**

Name

Case number *(if known)*

---

**Part 1:**  Additional Page

---

**2.3**  Priority creditor's name and mailing address

**Carla Smith**

**810 Kemp Hills Dr**

**Austin, TX 78737-9670**

Date or dates debt was incurred

**8/1/23**

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(5)**

As of the petition filing date, the claim is:     **$4,042.44**          **$4,042.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**401 K Match- Former Employee**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4**  Priority creditor's name and mailing address

**Carlos A Ramirez**

**4514 Jinx Ave**

**Austin, TX 78745**

Date or dates debt was incurred

**8/1/23**

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(5)**

As of the petition filing date, the claim is:     **$1,579.76**          **$1,579.76**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**401 K Match**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5**  Priority creditor's name and mailing address

**Christina Papineau**

**1019 Hidden Hilld**

**Dripping Springs, TX 78620**

Date or dates debt was incurred

**8/1/2023**

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(5)**

As of the petition filing date, the claim is:     **$772.20**          **$772.20**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**401 K Match**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor __Chaparral Professional Land Surveying, Inc._____  Case number *(if known)* _____
      Name

**Part 1:** Additional Page

| 2.6 | | |
|---|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown    unknown |
| Christopher Hermosillo | *Check all that apply.* | |
| 9337 Sanford Dr | ☐ Contingent | |
| Austin, TX 78748-5071 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the Claim:** | |
| _____ | Pre petition wages | |
| **Last 4 digits of account** | **Is the claim subject to offset?** | |
| number ___ ___ ___ ___ | ☑ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | ☐ Yes | |

| 2.7 | | |
|---|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown    unknown |
| Dearbonne M Edgar | *Check all that apply.* | |
| 965 Antioch Rd | ☐ Contingent | |
| Paige, TX 78659 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the Claim:** | |
| _____ | Pre petition wages | |
| **Last 4 digits of account** | **Is the claim subject to offset?** | |
| number ___ ___ ___ ___ | ☑ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | ☐ Yes | |

| 2.8 | | |
|---|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,241.38    $1,241.38 |
| Eric J Schreffler | *Check all that apply.* | |
| 2506 Drew Ln | ☐ Contingent | |
| Austin, TX 78748 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the Claim:** | |
| 8/1/23 | 401 K Match | |
| **Last 4 digits of account** | **Is the claim subject to offset?** | |
| number ___ ___ ___ ___ | ☑ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)** | ☐ Yes | |

Debtor  **Chaparral Professional Land Surveying, Inc.**

Name

Case number *(if known)*

## Part 1: Additional Page

### 2.9

**Priority creditor's name and mailing address**

Hermosillo, Richard

159 County Road 197

Mullin, TX 76864-2201

**Date or dates debt was incurred**

8/1/2023

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:** $1,773.30     $1,773.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
401 K Match- Former Employee

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.10

**Priority creditor's name and mailing address**

Humana

1100 Employers Blvd

Green Bay, WI 54344-0001

**Date or dates debt was incurred**

8-2024

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:** $24,101.75     $24,101.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
401k Match

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.11

**Priority creditor's name and mailing address**

Internal Revenue Service

Centralized Insolvency Operation

PO Box 7346

Philadelphia, PA 19101

**Date or dates debt was incurred**

2022

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:** $4,434.00     $4,434.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
2022 Company taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Chaparral Professional Land Surveying, Inc.**
_____
Name                                                                        Case number *(if known)* _____

---

**Part 1:**  Additional Page

---

**2.12** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309,966.00 | $309,966.00

Internal Revenue Service

Centralized Insolvency Operation

PO Box 7346

Philadelphia, PA 19101

**Date or dates debt was incurred**

2022

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Payroll taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,340.40 | $1,340.40

James E Dinkins

7101 Dan-jean Dr

Austin, TX 78745

**Date or dates debt was incurred**

8/1/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

401 K Match

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $984.94 | $984.94

Jarrod Staudt

109 Jay Jay Cove

Kyle, TX 78640

**Date or dates debt was incurred**

8/1/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

401 K Match

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Chaparral Professional Land Surveying, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 1:** Additional Page

---

**2.15** **Priority creditor's name and mailing address**

Jerold W Cepress

209 Hitching Post Rd

Paige, TX 78659

**Date or dates debt was incurred**

08/01/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

401 K Match

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,440.05    $1,440.05

---

**2.16** **Priority creditor's name and mailing address**

Kevin Pata

1019 Hidden Hills Dr.

78620

**Date or dates debt was incurred**

8-1-23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

401 K Match

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,400.16    $2,400.16

---

**2.17** **Priority creditor's name and mailing address**

Patrick Quiring

1127 Byers Ln

Austin, TX 78753-6896

**Date or dates debt was incurred**

8/1/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

401 K Match- Former Employee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,948.00    $1,948.00

---

Debtor  **Chaparral Professional Land Surveying, Inc.**

Name

Case number *(if known)*

---

### Part 1: Additional Page

**2.18** | Priority creditor's name and mailing address

Paul J Flugel

14910 Doria Dr

Austin, TX 78728-4458

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: | unknown | unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Pre petition wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.19** | Priority creditor's name and mailing address

Ryan C Salinas

2005 Brook Hollow

Cedar Park, TX 78613

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: | unknown | unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Pre petition wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address

Samuel Staudt

109 Jay Jay Cv

Kyle, TX 78640-8812

**Date or dates debt was incurred**

8/1/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

As of the petition filing date, the claim is: | $1,835.27 | $1,835.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

401 K Match

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Chaparral Professional Land Surveying, Inc.**

Name                  Case number *(if known)*

---

**Part 1:** Additional Page

---

**2.21**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,206.00 | unknown |
|---|---|---|---|

Priority creditor's name and mailing address

Texas Comptroller of Public Accounts

Bankruptcy Collection Div MC-008

PO Box 12548

Austin, TX 78711

**Date or dates debt was incurred**

2023

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Franchise Tax 2023

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the petition filing date, the claim is: **$8,206.00**    **unknown**

---

**2.22**

Priority creditor's name and mailing address

Texas Comptroller of Public Accounts

Bankruptcy Collection Division MC-008

PO Box 12548

Austin, TX 78711

**Date or dates debt was incurred**

9-2023 to 1-2024

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the petition filing date, the claim is: **$19,834.00**    **$19,834.00**

---

**2.23**

Priority creditor's name and mailing address

Tyler James

108 Sailmaster

Austin, TX 78734

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Pre petition wages

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the petition filing date, the claim is: **unknown**    **unknown**

---

Debtor   **Chaparral Professional Land Surveying, Inc.**

_____

Name

Case number _(if known)_ _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Alexander-Madison**

**10008 Hillside N**

**Austin, TX 78736**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease default**

Is the claim subject to offset?
☒ No
☐ Yes

**$54,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**

**Po Box 297800**

**Ft Lauderdale, FL 33329-7800**

Date or dates debt was incurred _____

Last 4 digits of account number   **5   0   0   4**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$21,324.47**

---

**3.3** Nonpriority creditor's name and mailing address

**American Express**

**Po Box 6031**

**Carol Stream, IL 60197-6031**

Date or dates debt was incurred _____

Last 4 digits of account number   **1   0   0   0**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$11,321.53**

---

**3.4** Nonpriority creditor's name and mailing address

**Chase Card Services**

**Attn: Bankruptcy**

**PO Box 15298**

**Wilmington, DE 19850**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$14,679.83**

Debtor  **Chaparral Professional Land Surveying, Inc.**
_____
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.5**  **Nonpriority creditor's name and mailing address**

**Citibank N.A Diamond**

**Po Box 78045**

**Phoenix, AZ 85062-8045**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$21,363.53**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**  **Nonpriority creditor's name and mailing address**

**Citibank N.A Simplicity**

**Po Box 78045**

**Phoenix, AZ 85062-8045**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$13,796.35**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7**  **Nonpriority creditor's name and mailing address**

**City of Austin**

**Po Box 2267**

**Austin, TX 78783-2267**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$2,989.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8**  **Nonpriority creditor's name and mailing address**

**Comerica Bank**

**Lesley Higginbothom**

**2 Riverway Ste 1300**

**Houston, TX 77056-2059**

Date or dates debt was incurred  **10-29-2021**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$883,689.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

Remarks:
Orig note $200,000.00 Second Note $83,861.41 5/25/23
Line of credit
UCC-1 Blanket lien on AR and second on all other assets

---

Debtor   **Chaparral Professional Land Surveying, Inc.** _____   Case number *(if known)* _____
         Name

| Part 2: | Additional Page |
|---|---|

**3.9**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $11,763.00 |
| **Dell Business** | *Check all that apply.* |
| | ☐ Contingent |
| **Po Box 5275** | ☐ Unliquidated |
| **Carol Stream, IL 60197-5275** | ☐ Disputed |
| | **Basis for the claim:**  purchase equipment |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.10**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $7,899.57 |
| **Discover** | *Check all that apply.* |
| | ☐ Contingent |
| **Po Box 71242** | ☐ Unliquidated |
| **Charlotte, NC 28272-1242** | ☐ Disputed |
| | **Basis for the claim:**  Credit Card |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.11**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $16,942.06 |
| **Elan Financial Services** | *Check all that apply.* |
| | ☐ Contingent |
| **PO Box 108** | ☐ Unliquidated |
| **Saint Louis, MO 63179** | ☐ Disputed |
| | **Basis for the claim:**  loan |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.12**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $30,999.94 |
| **Essential Funding** | *Check all that apply.* |
| | ☐ Contingent |
| **c/o Triton Recovery Group** | ☐ Unliquidated |
| **3111 N University Dr Ste 604** | ☑ Disputed |
| **Coral Springs, FL 33065-5060** | **Basis for the claim:**  Business Loan |
| Date or dates debt was incurred  1-23-24 | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

Debtor   **Chaparral Professional Land Surveying, Inc.**

Name

Case number *(if known)*

---

| **Part 2:** | Additional Page |

---

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,000.00 |
|---|---|---|---|

**Fenix Capital Funding, LLC**

**9265 4th Ave 2nd Floor**

**Brooklyn, NY 11209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred   **11/2/2023**

**Basis for the claim:  Business Loan**

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90,000.00 |
|---|---|---|---|

**Fresh Funding Solutions**

**157 Church St 19th**

**New Haven, CT 06510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred   **3/30/2023**

**Basis for the claim:  Business Loan**

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,273.00 |
|---|---|---|---|

**G4 Geometric**

**1019 E Nakoma St**

**San Antonio, TX 78216-2865**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,439.00 |
|---|---|---|---|

**Greybar**

**Po Box 5066**

**Hartford, CT 06102-5066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **Chaparral Professional Land Surveying, Inc.**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

Kevin Pata

1019 Hidden Hills Dr

Dripping Spgs, TX 78620-3936

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$102,615.97**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Mariott Bonvoy

Po Box 6294

Carol Stream, IL 60197-6294

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$18,970.15**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Maxwell Nortman & Mirmonte

430 3rd Ave # 12

New York, NY 10016-8105

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Collection Agency for
Basis for the claim:  Velocity

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Melton Norcross

2591 Dallas Pkwy Ste 300

Frisco, TX 75034-8563

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Contracted collection
Basis for the claim:  agency for Chaparral

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Chaparral Professional Land Surveying, Inc.**
Name

Case number (if known) _____

---

| **Part 2:** | Additional Page |

---

**3.21** Nonpriority creditor's name and mailing address

Move Corp

10300 Metric Blvd 150

Austin, TX 78758

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                    **$8,000.00**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Moving Company. Debtor disputes this amount due to a plotter being**
Basis for the claim:  **damages during the move**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

NetChex – Payroll Liabilities

1155 N Highway 190 # 2

Covington, LA 70433-8963

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                    **unknown**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Paul Flugel

6810 Lucy Cv

Austin, TX 78724-4330

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                    **$13,000.00**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Loan for Payroll**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Rudolf Pata

1145 Dancing Oak Ln

San Marcos, TX 78666-4505

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                    **unknown**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor  **Chaparral Professional Land Surveying, Inc.**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

Sharon Ogle

3321 Bee Caves Rd

Austin, TX 78746

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Commercial Lease

Is the claim subject to offset?

☑ No
☐ Yes

unknown

---

**3.26** Nonpriority creditor's name and mailing address

Texas Workforce Commission

PO Box 782449

San Antonio, TX 78278

Date or dates debt was incurred  2023

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  State Unemployment insurance

Is the claim subject to offset?

☑ No
☐ Yes

$4,193.09

---

**3.27** Nonpriority creditor's name and mailing address

The Leyvi Law Group P.C.

227 Sea Breeze Ave # 2a

Brooklyn, NY 11224-3793

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Attorney for Fenix Capital

Is the claim subject to offset?

☑ No
☐ Yes

unknown

---

**3.28** Nonpriority creditor's name and mailing address

Triton Recovery

19790 W Dixie Hwy Ste 301

Miami, FL 33180-2293

Date or dates debt was incurred  12-7-2023

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Collection for Essential Funding

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

---

Debtor    **Chaparral Professional Land Surveying, Inc.**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.29**

**Nonpriority creditor's name and mailing address**
US Attorney- Civil Process Clerk (IRS)

601 Nw Loop 410 Ste 600

San Antonio, TX 78216-5512

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.30**

**Nonpriority creditor's name and mailing address**
Velocity Captial Group

333 Pearshall Ave

Cedarhurst, NY 11516

Date or dates debt was incurred    4/27/2023

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Business loan

**Is the claim subject to offset?**
☑ No
☐ Yes

$63,000.00

---

**3.31**

**Nonpriority creditor's name and mailing address**
WEX Bank

Po Box 6293

Carol Stream, IL 60197-6293

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$45,000.00

---

Debtor  **Chaparral Professional Land Surveying, Inc.**
Name

Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $390,643.50 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,499,759.49 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,890,402.99 |

Fill in this information to identify the case:

Debtor name _____Chaparral Professional Land Surveying, Inc._____

United States Bankruptcy Court for the:

_____Western District of Texas_____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
   amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease<br><br>Contract to be REJECTED | Alexander-Madison<br><br>10008 Hillside N |
| State the term remaining | 0 months | Austin, TX 78736 |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease<br><br>Contract to be ASSUMED | Sharon Ogle<br><br>3321 Bee Caves Rd |
| State the term remaining | 0 months | Austin, TX 78746 |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**Chaparral Professional Land Surveying, Inc.**__

United States Bankruptcy Court for the: __**Western**__ District of __**Texas**__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.  Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    **Chaparral Professional Land Surveying, Inc.**                    Case number (if known) _____
          Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br> _____ <br> City   State   ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | Street _____ <br> _____ <br> _____ <br> City   State   ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

---

**Fill in this information to identify the case:**

Debtor name _____ Chaparral Professional Land Surveying, Inc.

United States Bankruptcy Court for the:

_____ Western District of Texas

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

---

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                12/15

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*................................................................................ | $0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*............................................................................. | $734,685.32

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*................................................................................ | $734,685.32

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $1,100,352.09

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... | $390,643.50

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... | **+** $1,499,759.49

4. **Total liabilities**........................................................................................................... | $2,990,755.08

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____Chaparral Professional Land Surveying, Inc._____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known):

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $218,343.93 |
| **For prior year:** From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,780,331.00 |
| **For the year before that:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $2,663,884.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor Chaparral Professional Land Surveying, Inc.

Name

Case number *(if known)*

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Fenix Capital Funding, LLC<br>Creditor's name<br>9265 4th Ave 2nd Floor<br>Street<br><br>Brooklyn, NY 11209<br>City            State      ZIP Code | 1/2/24<br>1/3/24<br>1/8/24<br>1/31/24<br>2/1/24<br>2/5/24<br>2/28/24<br>3/6/24 | $11,323.00 | ❏ Secured debt<br>☑ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>❏ Other _____ |
| 3.2. Velocity Captial Group<br>Creditor's name<br>333 Pearshall Ave<br>Street<br><br>Cedarhurst, NY 11516<br>City            State      ZIP Code | 1/5/24<br>1/24/24<br>1/30/24<br>1/31/2024<br>2/2/24<br>2/5/24<br>2/9/24<br>2/12/24<br>2/20/24<br>2/28/24<br>2/29/24<br>3/1/24<br>3/4/24<br>3/5/24<br>3/6/24<br>3/7/24 | $15,580.00 | ❏ Secured debt<br>☑ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>❏ Other _____ |

Debtor  Chaparral Professional Land Surveying, Inc.                    Case number *(if known)*
        Name

|  |  | 3/11/24 |  |  |
|---|---|---|---|---|

| 3.3. | Essential Funding Group | 1/10/2024 | $6,214.32 | ☐ Secured debt |
|  | Creditor's name |  |  | ☑ Unsecured loan repayments |
|  |  | 1/31/2024 |  | ☐ Suppliers or vendors |
|  | Street |  |  | ☐ Services |
|  |  | 2/5/2024 |  | ☐ Other _____ |
|  |  | 2/13/2024 |  |  |
|  | City          State     ZIP Code |  |  |  |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Christina Papineau | 2023 | $32,802.22 | Salary 2023 $27,439.71 2024 $5,362.51 |
| Creditor's name |  |  |  |
| 1019 hidden hills dr | 2024 |  |  |
| Street |  |  |  |
| Dripping Springs, TX 78620 |  |  |  |
| City          State     ZIP Code |  |  |  |
| **Relationship to debtor** |  |  |  |
| Daughter (employee) of Kevin Pata |  |  |  |
| 4.2.  Kevin Pata | 2023 | $97,431.35 | Salary 2023 $82,689.81 2024 $14741.54 |
| Creditor's name |  |  |  |
| 1019 hidden hills dr | 2024 |  |  |
| Street |  |  |  |
| Dripping Springs, TX 78620 |  |  |  |
| City          State     ZIP Code |  |  |  |
| **Relationship to debtor** |  |  |  |
| Owner |  |  |  |
| 4.3.  Rudold Pata | monthly | $13,500.00 | Payment per buyout agreement Dated 12-17-21 $1500.00 a month from Jan-Nov 2023 |
| Creditor's name |  |  |  |
| Street |  |  |  |
| City          State     ZIP Code |  |  |  |
| **Relationship to debtor** |  |  |  |
| Brother and ex partner of Kevin Pata (owner) |  |  |  |

Debtor  Chaparral Professional Land Surveying, Inc.
Name

Case number *(if known)*

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Essential Funding Group /Trident Recovery<br>Creditor's name<br><br>Street<br><br>City    State    ZIP Code | Debtor's accounts receivable | 01/31/2024 | $11,700.00 |
| 5.2. Texas Comptroller of Public Accounts<br>Creditor's name<br><br>Street<br><br>City    State    ZIP Code | Funds seized in Debtor's Plains bank account<br>$9,790.13 | 2-29-24 | $9,790.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1.<br>Creditor's name<br><br>Street<br><br>City    State    ZIP Code | XXXX– __ __ __ __ | | |

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Fenix Capital Funding LLC | Debt collection | Supreme Court of the State of New York<br>Name<br>175 Hawley St<br>Street<br><br>Lockport, NY 14094-2740<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>E182625/2024 | | | |

Debtor   Chaparral Professional Land Surveying, Inc.                          Case number *(if known)* _____
         Name

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

**Case title:** Bank United, N.A. v. New Surveying & Mapping LLC, Chaparral Professional Land Surveying, Inc. Kevin Pata and Ruldolph Pata Jr.

**Nature of case:** Debt Collection

**Court or agency's name and address:**
The 261 District Court Travis County Texas
Name
1100 Guadalupe
Street

Austin, TX 78701
City          State     ZIP Code

**Status of case:**
☑ Pending
☐ On appeal
☐ Concluded

**Case number**

D-1-GN-24-001264

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

City          State     ZIP Code

**Case title**

**Case number**

**Date of order or assignment**

**Court name and address**
Name
Street
City          State     ZIP Code

---

**Part 4:  Certain Gifts and Charitable Contributions**

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

**Recipient's name and address:**
Central Texas Food Bank
Recipient's name
6500 Metropolis Drive
Street

Austin, TX 78744
City          State     ZIP Code

**Dates given:** Various

**Value:** $650.00

**Recipient's relationship to debtor**

---

Debtor Chaparral Professional Land Surveying, Inc.

Name

Case number *(if known)*

| 9.2. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Sun Radio Foundation | | various | $900.00 |
| | Recipient's name | | | |
| | Street | | | |
| | Austin , TX | | | |
| | City          State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

| 9.3. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | The Challenger Newspaper | | various | $600.00 |
| | Recipient's name | | | |
| | 1337 Jefferson Ave | | | |
| | Street | | | |
| | Buffalo, NY 14208 | | | |
| | City          State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

| 9.4. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Trucare | | various | $822.96 |
| | Recipient's name | | | |
| | Street | | | |
| | TX | | | |
| | City          State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | |

Debtor **Chaparral Professional Land Surveying, Inc.** _____ Case number *(if known)* _____

Name

---

| **Part 6:** | Certain Payments or Transfers |

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | **Who was paid or who received the transfer?** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| | Frank Lyon | Retainer | 03/01/2024 | $20,000.00 |
| | **Address** | | | |
| | PO Box 50210 | | | |
| | Street | | | |
| | Austin, TX 78763 | | | |
| | City State ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

| 11.2. | **Who was paid or who received the transfer?** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| | Law Office of Kimberly Nash P.C. | Filing fee | 03/06/2024 | $1,738.00 |
| | **Address** | | | |
| | P.O. Box 162932 | | | |
| | Street | | | |
| | Austin, TX 78716 | | | |
| | City State ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

---

Official Form 207 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** page **7**

Debtor    24-10262-smr  Doc#1  Filed 03/11/24  Entered 03/11/24 18:38:58  Main Document  Pg 47 of 67
Chaparral Professional Land Surveying, Inc.
    Name                                                    Case number *(if known)*

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | Relationship to debtor | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 3500 McCall Lane | From __2008__ To __1/2024__ |
| Street | |
| | |
| 78744 | |
| City    State    ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor    Chaparral Professional Land Surveying, Inc.                                    Case number *(if known)*
                  Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name

Street                    Location where patient records are maintained(if different from    How are records kept?
                                facility address). If electronic, identify any service provider.

City            State    ZIP Code                                                                  *Check all that apply:*

                                                                                                   ☐ Electronically

                                                                                                   ☐ Paper

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

EIN: _ _ – _ _ _ _ _ _ _

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1  Plains Bank #5900<br>Name<br>201 W 5th Stree<br>Street<br><br>Austin, TX 78701<br>City          State    ZIP Code | XXXX– 5 9 0 0 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 2-22-23 | $0.00 |

---

Debtor  Chaparral Professional Land Surveying, Inc.
_____
Name

Case number *(if known)* _____

| 18.2 | Plains Bank #2619 | XXXX– 2 6 1 9 | ☑ Checking | 2-22-21 | $0.00 |
|------|-------------------|---------------|-----------|---------|-------|
| | Name | | ☐ Savings | | |
| | PO Box 271 | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | Lubbock, TX 79408 | | | | |
| | City          State      ZIP Code | | | | |

| 18.3 | Plains Bank #2627 | XXXX– 2 6 2 7 | ☐ Checking | 2-22-24 | $0.00 |
|------|-------------------|---------------|-----------|---------|-------|
| | Name | | ☐ Savings | | |
| | PO Box 271 | | ☑ Money market | | |
| | Street | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | Lubbock, TX 79408 | | | | |
| | City          State      ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|-----------------------------------|-----------------------------|-----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State      ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|-----------------------------|-----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State      ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    Chaparral Professional Land Surveying, Inc.                          Case number *(if known)*
_____
Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name | | ☐ Pending |
| | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City          State     ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

Debtor  Chaparral Professional Land Surveying, Inc.

Name

Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City          State     ZIP Code | | |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Kevin Pata<br>Name<br>1019 Hidden Hills Drive<br>Street<br><br>Dripping Springs, TX 78620<br>City          State     ZIP Code | From 83/2017  To present |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Kevin Pata<br>Name<br>1019 Hidden Hills Drive<br>Street<br><br>78620<br>City          State     ZIP Code | From 8/3/2017  To present |

Debtor Chaparral Professional Land Surveying, Inc.                    Case number *(if known)*
       Name

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Kevin Pata<br>Name<br>1019 Hidden Hills Drive<br>Street<br><br>Dripping Springs, TX 78620<br>City                State        ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. BankUnited<br>Name<br>7815 Nw 148th St<br>Street<br><br>Miami Lakes, FL 33016-1554<br>City                State        ZIP Code |

| Name and address |
|---|
| 26d.2. Comerica Bank<br>Name<br>2 Riverway Ste 1300<br>Street<br>Lesley Higginbothom<br>Houston, TX 77056-2059<br>City                State        ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.<br>Name<br><br>Street<br><br>City                State        ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor  Chaparral Professional Land Surveying, Inc.                    Case number *(if known)*
         Name

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Kevin Pata | 1019 Hidden Hills Drive Dripping Springs, TX 78620 | President, Owner | 100.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
|  |  | , | From _____ |
|  |  |  | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Kevin Pata | $82,689.81 | 2023 | salary 2023 $82,689.81 2024 $14,741.54 |
| | Name | | | |
| | 1019 Hidden hills dr | $14,741.54 | 2024 | |
| | Street | | | |
| | Dripping Springs, TX 78620 | | | |
| | City            State      ZIP Code | | | |

| Relationship to debtor |
|------------------------|
| Owner |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

---

Debtor ___Chaparral Professional Land Surveying, Inc.___  Case number *(if known)* _____
     Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/11/2024___
          MM/  DD/  YYYY

**X** _/s/ Kevin Pata_____  Printed name _____Kevin Pata_____
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor ___President___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name _____Chaparral Professional Land Surveying, Inc._____

United States Bankruptcy Court for the:

_____Western District of Texas_____

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Alexander-Madison 10008 Hillside N Austin, TX 78736 | | Lease default | | | | $54,000.00 |
| 2 | American Express Po Box 297800 Ft Lauderdale, FL 33329-7800 | | Credit Card | | | | $21,324.47 |
| 3 | BankUnited 7815 Nw 148th St Miami Lakes, FL 33016-1554 | | UCC-1 SBA Loan | Disputed | $1,072,059.09 | $700,947.55 | $399,404.54 |
| 4 | Chase Card Services Attn: Bankruptcy PO Box 15298 Wilmington, DE 19850 | | Credit Card | | | | $14,679.83 |
| 5 | Citibank N.A Diamond Po Box 78045 Phoenix, AZ 85062-8045 | | Credit Card | | | | $21,363.53 |
| 6 | Citibank N.A Simplicity Po Box 78045 Phoenix, AZ 85062-8045 | | Credit Card | | | | $13,796.35 |
| 7 | Comerica Bank Lesley Higginbothom 2 Riverway Ste 1300 Houston, TX 77056-2059 | | | | | | $883,689.00 |
| 8 | Elan Financial Services PO Box 108 Saint Louis, MO 63179 | | loan | | | | $16,942.06 |

| Debtor | Chaparral Professional Land Surveying, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Essential Funding c/o Triton Recovery Group 3111 N University Dr Ste 604 Coral Springs, FL 33065-5060 | | Business Loan | Disputed | | | $30,999.94 |
| 10 Fenix Capital Funding, LLC 9265 4th Ave 2nd Floor Brooklyn, NY 11209 | | Business Loan | Disputed | | | $41,000.00 |
| 11 Fresh Funding Solutions 157 Church St 19th New Haven, CT 06510 | | Business Loan | Disputed | | | $90,000.00 |
| 12 Greybar Po Box 5066 Hartford, CT 06102-5066 | | | | | | $15,439.00 |
| 13 Humana 1100 Employers Blvd Green Bay, WI 54344-0001 | | 401k Match | | | | $24,101.75 |
| 14 Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101 | | Payroll taxes | | | | $309,966.00 |
| 15 Kevin Pata 1019 Hidden Hills Dr Dripping Spgs, TX 78620-3936 | | | | | | $102,615.97 |
| 16 Mariott Bonvoy Po Box 6294 Carol Stream, IL 60197-6294 | | Credit Card | | | | $18,970.15 |
| 17 Paul Flugel 6810 Lucy Cv Austin, TX 78724-4330 | | Loan for Payroll | | | | $13,000.00 |
| 18 Texas Comptroller of Public Accounts Bankruptcy Collection Division MC-008 PO Box 12548 Austin, TX 78711 | | Sales Tax | | | | $19,834.00 |
| 19 Velocity Captial Group 333 Pearshall Ave Cedarhurst, NY 11516 | | Business loan | Disputed | | | $63,000.00 |
| 20 WEX Bank Po Box 6293 Carol Stream, IL 60197-6293 | | | | | | $45,000.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

**In re**   Chaparral Professional Land Surveying, Inc.

Case No. _____

**Debtor**                                     Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................ _____ $0.00

Prior to the filing of this statement I have received ................................................................... _____ $0.00

Balance Due ......................................................................................................................... _____ $0.00

2.    The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The fee does not include any other service then those specifically set forth above. Any agreement to provide additional services must be in writing. The amount disclosed above does not include the filing fee paid for this matter with the court which was handled by Debtor's attorney.

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 03/11/2024 | /s/ Kimberly Nash |
| *Date* | Kimberly Nash |
| | *Signature of Attorney* |
| | Bar Number: 24043840 |
| | Law Office of Kimberly Nash P.C. |
| | Po Box 162932 |
| | Austin, TX 78716-2932 |
| | Phone: (512) 431-3679 |
| | |
| | Law Office of Kimberly Nash P.C. |
| | *Name of law firm* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Chaparral Professional Land**
**Surveying, Inc.**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____03/11/2024____     Signature _____/s/ Kevin Pata_____

Kevin Pata, President

Alexander-Madison
10008 Hillside N
Austin, TX 78736


American Express
Po Box 297800
Ft Lauderdale, FL 33329-7800


American Express
Po Box 6031
Carol Stream, IL 60197-6031


BankUnited
7815 Nw 148th St
Miami Lakes, FL 33016-1554


Beverding, Jerome
1505b Valleyridge Dr
Austin, TX 78704-6047


Briley, John
7333 Jaborandi Dr
Austin, TX 78739-1929


Carla Smith
810 Kemp Hills Dr
Austin, TX 78737-9670


Carlos A Ramirez
4514 Jinx Ave
Austin, TX 78745

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850


Christina Papineau
1019 Hidden Hilld
Dripping Springs, TX 78620


Christopher Hermosillo
9337 Sanford Dr
Austin, TX 78748-5071


Citibank N.A Diamond
Po Box 78045
Phoenix, AZ 85062-8045


Citibank N.A Simplicity
Po Box 78045
Phoenix, AZ 85062-8045


City of Austin
Po Box 2267
Austin, TX 78783-2267


Clark Hill
901 Main Street 6000
Dallas, TX 75202


Comerica Bank
Lesley Higginbothom
2 Riverway Ste 1300
Houston, TX 77056-2059

Dearbonne M Edgar
965 Antioch Rd
Paige, TX 78659

Dell Business
Po Box 5275
Carol Stream, IL 60197-5275

Discover
Po Box 71242
Charlotte, NC 28272-1242

Elan Financial Services
PO Box 108
Saint Louis, MO 63179

Eric J Schreffler
2506 Drew Ln
Austin, TX 78748

Essential Funding
c/o Triton Recovery Group
3111 N University Dr Ste 604
Coral Springs, FL 33065-5060

Fenix Capital Funding, LLC
9265 4th Ave 2nd Floor
Brooklyn, NY 11209

First Western Equipment
Finance
Po Box 2068
Minot, ND 58702-2068

Fresh Funding Solutions
157 Church St 19th
New Haven, CT 06510


G4 Geometric
1019 E Nakoma St
San Antonio, TX 78216-2865


Greybar
Po Box 5066
Hartford, CT 06102-5066


Hermosillo, Richard
159 County Road 197
Mullin, TX 76864-2201


Humana
1100 Employers Blvd
Green Bay, WI 54344-0001


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


James E Dinkins
7101 Dan-jean Dr
Austin, TX 78745


Jarrod Staudt
109 Jay Jay Cove
Kyle, TX 78640

Jerold W Cepress
209 Hitching Post Rd
Paige, TX 78659


Kevin Pata
1019 Hidden Hills Dr
Dripping Spgs, TX 78620-3936


Kevin Pata
1019 Hidden Hills Dr.
78620


Mariott Bonvoy
Po Box 6294
Carol Stream, IL 60197-6294


Maxwell Nortman & Mirmonte
430 3rd Ave # 12
New York, NY 10016-8105


Melton Norcross
2591 Dallas Pkwy Ste 300
Frisco, TX 75034-8563


Move Corp
10300 Metric Blvd 150
Austin, TX 78758


NetChex – Payroll Liabilities
1155 N Highway 190 # 2
Covington, LA 70433-8963

Patrick Quiring
1127 Byers Ln
Austin, TX 78753-6896


Paul Flugel
6810 Lucy Cv
Austin, TX 78724-4330


Paul J Flugel
14910 Doria Dr
Austin, TX 78728-4458


Rudolf Pata
1145 Dancing Oak Ln
San Marcos, TX 78666-4505


Ryan C Salinas
2005 Brook Hollow
Cedar Park, TX 78613


Samuel Staudt
109 Jay Jay Cv
Kyle, TX 78640-8812


Sharon Ogle
3321 Bee Caves Rd
Austin, TX 78746


Small Business
Administration
2120 Riverfront Drive 100
Little Rock, AR 72202

Small Business
Administration
409 3rd St., SW
Washington, DC 20416


Texas Comptroller of Public
Accounts
Bankruptcy Collection Div MC-008
PO Box 12548
Austin, TX 78711

Texas Comptroller of Public
Accounts
Bankruptcy Collection Division MC-008
PO Box 12548
Austin, TX 78711

Texas Workforce Commission
PO Box 782449
San Antonio, TX 78278


The Leyvi Law Group P.C.
227 Sea Breeze Ave # 2a
Brooklyn, NY 11224-3793


Triton Recovery
19790 W Dixie Hwy Ste 301
Miami, FL 33180-2293


Tyler James
108 Sailmaster
Austin, TX 78734


United States Trustee AU12
903 San Jacinto Blvd 230
Austin, TX 78701-2450

US Attorney- Civil Process
Clerk (IRS)
601 Nw Loop 410 Ste 600
San Antonio, TX 78216-5512


Velocity Captial Group
333 Pearshall Ave
Cedarhurst, NY 11516


WEX Bank
Po Box 6293
Carol Stream, IL 60197-6293