

Michael G. Colvard
Attorney at Law

Board Certified – Business Bankruptcy and Consumer Bankruptcy
Texas Board of Legal Specialization
Business Bankruptcy
American Board of Certification

Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205
Direct: 210-220-1334
Facsimile: 210-227-7924
Email: mcolvard@mdtlaw.com

September 5, 2025

*Via Certified Mail 9314 8699 0430 0139 5661 12*
*and Regular U.S. Mail*
Kevin Pata
5725 W. Hwy. 290, Ste. 103
Austin, TX 78735

## NOTICE OF DEFAULT UNDER ORDER CONFIRMING DEBTOR'S AMENDED PLAN OF REORGANIZATION

RE: *In re Chaparral Professional Land Surveying, Inc.*, Case No. 24-10262; United States Bankruptcy Court for the Western District of Texas, Austin Division

Dear Mr. Pata:

As the Subchapter V Trustee under Debtor's Plan of Reorganization (the "Plan") [ECF No. 136], and Order Confirming Debtor's Amended Plan of Reorganization entered December 5, 2024 (the "Confirmation Order") [ECF No. 150], notice is hereby provided per Art. XV of the Plan, that you failed to make the required monthly plan payment due for August 2025, payable to the Disbursing Agent, Successor Subchapter V Trustee Michael Colvard, on behalf of Bank United N.A., under Class 1. You are allowed 10 days following the date of this written notice to cure default on payment to Class 1 claimants and 30 days opportunity to cure otherwise.

Please advise me if you have any questions.

Sincerely,

Michael G. Colvard, Subchapter V Trustee

MGC/am

Cc: *Via E-Mail: frank@franklyon.com; kim@kimberlynashlaw.com*
Frank B. Lyon / Kimberly Nash

**EXHIBIT 1**

**UNITED STATES POSTAL SERVICE**

December 29, 2025

Dear Annette Martinez:

The following is in response to your request for proof of delivery on your item with the tracking number: **9314 8699 0430 0139 5661 12**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | September 8, 2025, 10:59 am |
| Location: | AUSTIN, TX 78735 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
| Recipient Name: | Kevin Pata |

| Shipment Details | |
|---|---|
| Weight: | 1.0oz |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: 5725 W HIGHWAY 290 STE 103, AUSTIN, TX 78735

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**Mike Colvard**

| | |
|---|---|
| **From:** | Mike Colvard |
| **Sent:** | Monday, November 24, 2025 4:07 PM |
| **To:** | kimberly kimberlynashlaw.com; Frank Lyon |
| **Cc:** | 'doug.buck@firstwesternef.com'; 'Hamilton, Sandra S.' |
| **Subject:** | Chaparral Plan Payments |

Kimberly/Frank: I have received notice from representatives of First Western Equipment that the plan payment due for October 2025 has not been received. Please confirm payment. As you are aware a failure to make timely plan payments is an event of default under Para. 15.01 the confirmed Sub V Plan. Upon issuance of Default Notice, Debtor has 30 days to cure.

In addition the plan requires Debtor to make monthly payments to BankUnited of $11,228.07 per month starting on the Effective Date and to continue each month thereafter for 84 months, with BankUnited monthly payments to be made through the Sub V Trustee acting as disbursing agent. The Plan payment for Nov. 2025 has not been received . Please confirm payment by Debtor.

The Order Confirming the Plan requires semiannual repots to be filed by each disbursing agent detailing payments and disbursements. The initial post confirmation report was due in June 2025. Please file Debtors Initial post confirmation report.

Para 10.02. O). of the confirmed plan authorizes the post confirmation Sub V Trustee to receive and review Debtors post confirmation accounting and Bank Statements.. Please provide Debtors monthly Income and Expenses statements and check ledgers for Jan. - Oct. 2025 detailing all post confirmation payments made per the plan. To the extent Debtor is in default with respect to any required plan payment – identify all past due plan obligations.

Please call me if you have any questions.

1

**MICHAEL G. COLVARD, ESQ.**
Board Certified- Business Bankruptcy &
Consumer Bankruptcy TX Board Legal Specialization
& Business Bankruptcy - American Board of Certification
**MARTIN & DROUGHT, P.C.**
Direct Dial - (210) 220-1334
Main - (210) 227-7591
Fax - (210) 227-7924

<u>Confidentiality Notice:</u>
The information contained in this electronic mail transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the person(s) whose name(s) is/are indicated above. If the reader of this notice is not the intended recipient, or the employee or agent responsible for delivering the same to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited, and that the contents hereof are strictly confidential. If you have received this information in error, you are prohibited from making a hard copy of same or from in any manner disseminating or using the information contained herein. Please contact Michael Colvard at telephone number (210) 220-1334 or at e-mail address, g, to indicate your receipt of this transmission.

<u>Treasury Circular 230 Notice:</u>
Pursuant to Department of Treasury Circular 230, this electronic mail and any attachment hereto is not intended or written to be used, and may not be used by the recipient for the purpose of avoiding any Federal tax penalty which may be asserted.

2