UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10262-SMR |
| | § | |
| CHAPARRAL PROFESSIONAL | § | |
| LAND SURVEYING, INC. | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 (SUBCHAPTER V) |

**AGREED ORDER GRANTING MOTION TO SHOW CAUSE WHY CASE SHOULD NOT BE CONVERTED OR DISMISSED UNDER 11 U.S.C. § 1112(b)(1)**

WHEREAS, IN SAID DISTRICT, came on for consideration the Motion to Show Cause Why Case Should Not be Converted or Dismissed Under 11 U.S.C. § 1112 (the "Motion"), filed by Michael G. Colvard, Subchapter V Trustee ("Sub V Trustee"), and Chaparral Professional Land Surveying, Inc. ("Debtor"), and Sub V Trustee having reached an agreement providing for Debtor to cure Plan arrearages including all payments owed to BankUnited, N.A. under the Plan, requiring monthly payment of $11,228.07, for which Debtor is in arrears for months of October, November, December 2025 and January 2026, to file post-confirmation reports, the Court after considering the Motion and the agreement between the Sub V Trustee and Debtor, finds that the agreement is well taken and should be approved. It is therefore...

ORDERED, ADJUDGED and DECREED that Debtor will cure all Plan payment defaults, including all payments owed to BankUnited which is to be paid $11,228.07 under the Confirmed Plan, for actual payments due to BankUnited including all arrears and the February payment of $11,228.07 for a total amount due to BankUnited of $44,912.28 by February 28, 2026., which amount is reduced by $11,228.07 after crediting the February Payment made by Debtor, It is further...

ORDERED, ADJUDGED and DECREED that Debtor will file all reports required under paragraph 8 of the Plan Confirmed Order, on or before February 28, 2026, specifying all Plan payments made by Debtor as the Disbursing Agent, which reports were due on June 20, 2025 and December 20, 2025, showing all Plan payments made by the Debtor as Disbursing Agent within those respective periods. It is further…

###

AGREED:

**MARTIN & DROUGHT, P.C.**
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
Email: mcolvard@mdtlaw.com

By: /s/ Michael G. Colvard
 MICHAEL G. COLVARD
 State Bar No. 0462920
**SUBCHAPTER V TRUSTEE**

**LAW OFFICE OF KIMBERLY NASH P.C.**
P.O. Box 162932
Austin, Texas 78716
Telephone: (512) 637-8000
Facsimile: (512) 886-2885
Email: kim@kimberlynashlaw.com

By: /s/ Kimbery Nash
 KIMBERLY NASH
 State Bar No. 24043840
 **ATTORNEYS FOR DEBTOR**